|  |  |
|---|---|
| JULIA CHAVES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HYUNDAI MOTOR AMERICA, a California corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.  1:25-cv-00524-BAM<br><br>ORDER AFTER STATUS CONFERENCE<br><br>ORDER SETTING FURTHER STATUS CONFERENCE<br><br>Status Conference:  October 22, 2025, at 9:30 a.m. |

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

On September 23, 2025, the Court held a status conference to determine how Plaintiff Julia Chaves, pro se, intends to proceed in this action following withdrawal of her legal counsel. Plaintiff appeared by Zoom video.  Counsel Mehgan Gallagher appeared by Zoom video on behalf of Defendant Hyundai Motor America.

At the conference, Plaintiff informed the Court that she would like to dismiss this action. The Court expressed its preference that the parties submit a stipulation of dismissal.  Defendant agreed to provide a proposed stipulation for Plaintiff's consideration.  Additionally, Defendant agreed to a waiver of costs if the parties stipulate to dismissal.

To assess the parties' progress, the Court sets a further Status Conference for **October 22, 2025, at 9:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**.  If

the parties file a stipulation of dismissal prior to the conference, then the conference will be vacated.  The parties shall appear at the conference remotely via Zoom video conference.  The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference.  The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

Dated:    **September 23, 2025**                    /s/ *Barbara A. McAuliffe*
                                                                 UNITED STATES MAGISTRATE JUDGE